JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLARION MORTGAGE CAPITAL, INC., a Colorado corporation,<br><br>        Defendant. | Case No. 2:11-cv-04042-JHN -JEMx<br><br>**STIPULATED JUDGMENT** |

Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK, F.S.B. ("FDIC"), and defendant CLARION MORTGAGE CAPITAL, INC., a Colorado corporation ("CLARION"), having stipulated thereto in the Stipulation for Entry of Judgment separately filed herein, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.   Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK, F.S.B., shall and hereby do have judgment against defendant CLARION MORTGAGE CAPITAL, INC., a Colorado

///

1 corporation, in the amount of $2,095.000.  No interest shall accrue on any amount
2 that is paid within 10 days of entry of judgment.

DATED: December 28, 2011

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE