**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> CLARION MORTGAGE CAPITAL, INC., a Colorado corporation, <br><br> Defendant. | Case No. 2:11-cv-04042-JHN -JEMx <br><br> **STIPULATED JUDGMENT** |

Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK, F.S.B. ("FDIC"), and defendant CLARION MORTGAGE CAPITAL, INC., a Colorado corporation ("CLARION"), having stipulated thereto in the Stipulation for Entry of Judgment separately filed herein, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK, F.S.B., shall and hereby do have judgment against defendant CLARION MORTGAGE CAPITAL, INC., a Colorado

///

1  corporation, in the amount of $2,095.000.  No interest shall accrue on any amount
2  that is paid within 10 days of entry of judgment.
3
4  DATED: December 28, 2011        _____
5                                  HONORABLE JACQUELINE H. NGUYEN
                                   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28